**No. 42861.**—Protest 996563–G of National Carloading Corp. (New York).

Opinion by KEEFE, J.   The protest was sustained in accordance with agreement of counsel.

**No. 42862.**—Protests 596366–G, etc., of Scaramelli & Co., Inc. (Boston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 41794 the protests were sustained.

**No. 42863.**—Protests 646177–G, etc., of Italo American Import Co. (St. Louis).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 49302) it was held that an allowance should have been made in the weight of the cheese in question to compensate for the inedible substance on the outside.

**No. 42864.**—Protests 930753–G, etc., of Musolino Lo Conte Co. et al. (Boston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese in question to compensate for the inedible substance on the outside.

**No. 42865.**—Protests 984724–G, etc., of J. L. Hammett Co. et al. (Boston).

Opinion by KEEFE, J.   On the records presented the protests were overruled.

BEFORE THE SECOND DIVISION, DECEMBER 15, 1939

**No. 42866.**—Protest 951058–G of Wm. Filenes Sons Co. (Boston).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of hand-made mesh gloves, not knit or crocheted, composed of cotton, the same as those the subject of Abstract 39769 (1 Cust. Ct. 470).   The claim at 37½ percent under paragraph 919 and 10 cents per pound under paragraph 924 was therefore sustained.

**No. 42867.**—Protests 908131–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of photo frames, vases, sugar and creamers, baskets, candlesticks, bookends, and bottle frames plated with silver.   The claim at 50 percent under paragraph 339 was therefore sustained.